## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NLG, LLC,<br><br>        Debtor. | ) Chapter 7<br>) Bk. No. 21-11269-JKS<br>) BK. BAP No. 23-26<br>)<br>) |
| CHRIS KOSACHUK,<br><br>        Appellant,<br><br>        v.<br><br>NLG, LLC,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-540-CFC<br>)<br>)<br>)<br>) |
| CHRIS KOSACHUK,<br><br>        Appellant,<br><br>        v.<br><br>NLG, LLC,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-542-CFC<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 10th day of August 2023, having received a

recommendation from Magistrate Judge Christopher J. Burke that these cases be

withdrawn from the mandatory referral for mediation and proceed through the

appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 11, 2023.**

2. Appellee's brief in opposition to the appeal is due on or before **October 11, 2023.**

3. Appellant's reply brief is due on or before **October 25, 2023.**

_____
Chief Judge