OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS

FILED
SEP 1 8 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
13 SEP 2023 PM 3 L

NEOPOST        FIRST-CLASS MAIL
09/12/2023
US POSTAGE $000.63

ZIP 19801
041L11255193

NLG, LLC
8 The Green, Suite A
Dover, DE 19901



171 NF? 1  522I0009/16/23
FORWARD TIME EX? RTN TO SEND
: NLG LLC
2301 E EVESHAM RD BLDG 800
VOORHEES NJ 08043-4510

RETURN TO SENDER

**Other Orders/Judgments**
1:23-cv-00540-CFC Kosachuk v. NLG, LLC

PRO-SE

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 9/12/2023 at 8:26 AM EDT and filed on 9/12/2023
**Case Name:** Kosachuk v. NLG, LLC
**Case Number:** 1:23-cv-00540-CFC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORAL ORDER: Having considered appellant's request for extension of the deadline to file an opening brief (Civ. No. 23-540, D.I. 7), the request for relief is hereby GRANTED; the original scheduling order (Civ. No. 23-540, D.I. 6; Civ. No. 23-541, D.I. 6; Civ. No. 23-542, D.I. 6) is hereby AMENDED; and the following briefing schedule shall govern these appeals: appellant shall file an opening brief no later than October 11, 2023; appellee shall file an answering brief no later than November 10, 2023; and appellant shall file a reply brief no later than November 27, 2023. Reset briefing schedule: Appellant Brief due by 10/11/2023. Appellee Brief due by 11/10/2023. Appellant Reply Brief due by 11/27/2023. Signed by Judge Colm F. Connolly on 9/12/2023. Associated Cases: 1:23-cv-00540-CFC, 1:23-cv-00541-CFC, 1:23-cv-00542-CFC(kmd)

**Case Name:** Kosachuk v. Selective Advisors Group, LLC et al
**Case Number:** 1:23-cv-00541-CFC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORAL ORDER: Having considered appellant's request for extension of the deadline to file an opening brief (Civ. No. 23-540, D.I. 7), the request for relief is hereby GRANTED; the original scheduling order (Civ. No. 23-540, D.I. 6; Civ. No. 23-541, D.I. 6; Civ. No. 23-542, D.I. 6) is hereby AMENDED; and the following briefing schedule shall govern these appeals: appellant shall file an opening brief no later than October 11, 2023; appellee shall file an answering brief no later than November 10, 2023; and appellant shall file a reply brief no later than November 27, 2023. Reset briefing schedule: Appellant Brief due by 10/11/2023. Appellee Brief due by 11/10/2023. Appellant Reply Brief due by 11/27/2023. Signed by Judge Colm F. Connolly on 9/12/2023. Associated Cases: 1:23-cv-00540-CFC, 1:23-cv-00541-CFC, 1:23-cv-00542-CFC(kmd)

**Case Name:** Kosachuk v. NLG, LLC
**Case Number:** 1:23-cv-00542-CFC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORAL ORDER:** Having considered appellant's request for extension of the deadline to file an opening brief (Civ. No. 23-540, D.I. 7), the request for relief is hereby GRANTED; the original scheduling order (Civ. No. 23-540, D.I. 6; Civ. No. 23-541, D.I. 6; Civ. No. 23-542, D.I. 6) is hereby AMENDED; and the following briefing schedule shall govern these appeals: appellant shall file an opening brief no later than October 11, 2023; appellee shall file an answering brief no later than November 10, 2023; and appellant shall file a reply brief no later than November 27, 2023. Reset briefing schedule: Appellant Brief due by 10/11/2023. Appellee Brief due by 11/10/2023. Appellant Reply Brief due by 11/27/2023. Signed by Judge Colm F. Connolly on 9/12/2023. Associated Cases: 1:23-cv-00540-CFC, 1:23-cv-00541-CFC, 1:23-cv-00542-CFC(kmd)

**1:23-cv-00540-CFC Notice has been electronically mailed to:**

**1:23-cv-00540-CFC Filer will deliver document by other means to:**

NLG, LLC
854 Pheasant Run Rd
West Chester, PA 19382

Chris Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144

**1:23-cv-00541-CFC Notice has been electronically mailed to:**

Julia Bettina Klein     klein@kleinllc.com

**1:23-cv-00541-CFC Filer will deliver document by other means to:**

Chris Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144

**1:23-cv-00542-CFC Notice has been electronically mailed to:**

**1:23-cv-00542-CFC Filer will deliver document by other means to:**

NLG, LLC
8 The Green, Suite A
Dover, DE 19901

Chris Kosachuk
854 Pheasant Run Rd
West Chester, PA 19382-8144