IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: NLG, LLC, | : | Chapter 7 |
| | : | |
| Reorganized Debtor. | : | Bankr. No. 21-11269-JKS |

| | | |
|---|---|---|
| Chris Kosachuk, | : | |
|     Appellant, | : | Civ. No. 23-540-CFC |
|   v. | : | |
| | : | |
| Alfred T. Guiliano, Chapter 7 Trustee for the Estate of NLG, LLC, Select Advisors Group LLC, and 9197-5904 Quebec, Inc., | : : : | |
| | : | |
|     Appellees. | : | |

| | | |
|---|---|---|
| Chris Kosachuk, | : | |
|     Appellant, | : | Civ. No. 23-541-CFC |
|   v. | : | |
| | : | |
| Select Advisors Group LLC and 9197-5904 Quebec, Inc., | : : | |
| | : | |
|     Appellees. | : | |

| | | |
|---|---|---|
| Chris Kosachuk, | : | |
|     Appellant, | : | Civ. No. 23-542-CFC |
|   v. | : | |
| | : | |
| Select Advisors Group LLC and Alfred T. Guiliano, Chapter 7 Trustee for the Estate of NLG, LLC, | : : : | |
| | : | |
|     Appellees. | : | |

**ORDER**

WHEREAS, on or about May 17, 2023, *pro se* appellant Chris Kosachuk ("Appellant") filed the above-captioned appeals;

WHEREAS, on August 10, 2023, this Court entered an Order in each of the appeals (*see* Civ. No. 23-540, D.I. 6) ("Original Scheduling Order") requiring Appellant to file an opening brief in support of his appeals no later than September 11, 2023 ("Original Deadline");

WHEREAS, on the Original Deadline, Appellant filed his first request for an extension (Civ. No. 23-540, D.I. 7) ("First Motion for Extension") requesting an additional 30 days to file an opening brief, through and including October 11, 2023, based on his assertion that he "has been unable to draft and file his brief by the deadline date," and citing as the sole reason his *pro se* status.

WHEREAS, on September 12, 2023, the Court issued an order granting the First Motion for Extension") and setting October 11, 2023 ("Extended Deadline") as the deadline for Appellant to file opening briefs in support of his appeals;

WHEREAS, on September 15, 2023, the Court also granted Appellant's Motions to Register as an Electronic Filer (Civ. No. 23-541, D.I. 7; Civ. No. 23-542, D.I. 7);

WHEREAS, on the Extended Deadline, Appellant filed a second request for an extension (Civ. No. 23-540, D.I. 13) ("Second Motion for Extension") this time an additional 90 days to file an opening brief in his appeals, through and including January 11, 2024, and offering again, as a basis for such relief, that he proceeds *pro*

2

*se* and has been unable to draft and file his brief by the deadline. Additionally, the Second Motion for Extension argues that Appellant needs this additional time "to retain counsel, allow said counsel adequate time to study the voluminous record, then draft and file the brief without rushing because of an impending deadline."

WHEREAS the docket reflects that, to date, Appellant has failed to comply with Federal Rule of Bankruptcy Procedure 8009(a)(1)(B) (requiring appellant to designate record and file statement of issues presented on appeal within 14 days after filing the appeal) or Bankr. Del. L.R. 8009-1 (requiring, inter alia, the filing of an appendix with the required Fed. R. Bankr. P. 8009(a) designations);

WHEREAS, neither an appellant's failure to timely retain counsel, nor an appellant's decision to proceed *pro se,* excuses the appellant from compliance the Federal Rules of Bankruptcy Procedure or the deadlines set by this Court.

WHEREAS the Second Motion for Extension demonstrates no cause to grant Appellant an additional 90 days comply with an already extended deadline relating to appeals filed five months ago.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Second Motion for an Extension is GRANTED IN PART to the extent set forth herein.

2. Appellant is directed to comply with Fed. R. Bankr. P. 8009 and Del. Bankr. L.R. 8009-1 no later than October 26, 2023;

3. Appellant shall file an opening brief in support of these appeals no later than November 2, 2023. Answering briefs shall be filed no later than December 4, 2023, and a reply brief (if any) shall be filed no later than December 18, 2023.

4. No further extension of Appellant's deadlines shall be given.

5. Appellant's failure to comply with these deadlines shall result in the dismissal of the appeals without further notice.

Entered this 13th day of October, 2023.

_____
CHIEF JUDGE