## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NLG, LLC, <br>                 Debtor. | Chapter 7 <br> Case No. 21-11269 (JKS) <br> BK. BAP No. 23-26 <br> BK. BAP No. 23-27 <br> BK. BAP No. 23-28 |
| Chris Kosachuk, <br><br>                 Appellant, <br><br> v. <br><br> Alfred T. Giuliano, Chapter 7 Trustee for the Estate of NLG, LLC, Selective Advisors Group LLC, and 9197-5904 Quebec, Inc., <br><br>                 Appellees. | C.A. No. 23-540 (CFC) |
| Chris Kosachuk, <br><br>                 Appellant, <br><br> v. <br><br> Selective Advisors Group LLC and 9197-5904 Quebec, Inc., <br><br>                 Appellees. | C.A. No. 23-541 (CFC) |
| Chris Kosachuk, <br><br>                 Appellant, <br><br> v. <br><br> Selective Advisors Group LLC and Alfred T. Giuliano, Chapter 7 Trustee for the Estate of NLG, LLC, <br><br>                 Appellees. | C.A. No. 23-542 (CFC) |

## ORDER GRANTING APPELLEES' [UNOPPOSED] MOTION FOR EXTENSION OF TIME TO FILE RESPONSE APPEAL OPENING BRIEFS

UPON CONSIDERATION OF the motion by 9197-5904 Quebec, Inc. and Selective Advisors Group, LLC (together, the "Moving Appellees"), pursuant to Fed. R. Civ. P. 6(b), for an order extending their time to file answering briefs in the captioned appeals by sixty days; and the Court having determined that cause exists to grant the relief requested by the motion;

IT HEREBY IS ORDERED THAT

1. The motion is GRANTED.

2. Moving Appellees' deadline to file answering appeal briefs in the captioned matters is extended from December 4, 2023, to February 2, 2024.

3. Appellant's reply brief is due February 22, 2024.

SO ORDERED this  13th  day of November, 2023.

_____
The Honorable Chief Judge Colm F. Connolly